Nathaniel R. Lucey, Esq.   (SBN 260796)
Mingzi Ouyang, Esq.   (SBN 314334)
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA  95112
Tel: (408) 286-0880
Fax: (408) 286-0337

Attorneys for Respondent
REAL TIME RESOLUTIONS, INC.



FILED
SEP 30 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:  _____  Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE<br><br>GARY JAMES SROKA<br><br>　　　　　Debtor<br>─────────────────────────<br>SROKA, GARY, REAL PARTY IN INTEREST OF THE "NAME" GARY J. SROKA dba JAMES SROKA, *et al.*,<br><br>　　　　　Claimant,<br>v.<br><br>MR. COOPER; REAL TIME RESOLUTIONS, INC.; NATIONSTAR MORTGAGE LLC/NBS DEFAULT SERVICES, LLC; BANK OF AMERICA, N.A.; WELLS FARGO BANK, NATIONAL ASSOCIATION; SUCCESSOR BY MERGER TO WELLSFARGO BANK MINNESOTA, NATIONAL ASSOCIATION; AS TRUSTEE FOR BANK OF AMERICA MORTGAGE SECURITIES, INC., and DOES through 100 inclusive, *et al.*,<br><br>　　　　　Respondents. | Case No. 8:19-bk-11841-TA<br>Chapter 7<br>Adversary No. 8:19-ap-01097-TA<br><br>**NOTICE OF RESPONDENT REAL TIME RESOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date:  November 7, 2019<br>Hearing Time:  11:00 a.m.<br>Judge: Hon. Theodor C. Albert<br>Courtroom:  　5B<br>　　　　　　Ronald Reagan Federal Building<br>　　　　　　411 West Fourth Street<br>　　　　　　Santa Ana, CA<br>　　　　　　92701-4503 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 7, 2019 at 11:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 5B of the above-captioned Bankruptcy Court, located at

1
**NOTICE OF RESPONDENT REAL TIME RESOLUTIONS, INC.'S MOTION TO DISMISS**

Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Santa Ana, CA 92701-4516, Respondent REAL TIME RESOLUTIONS, INC., ("Respondent") will move this Court for an order dismissing Claimant GARY SROKA's ("Claimant") Declaration Relief for a Declaratory Judgment ("Dec Relief") filed on May 28, 2019 pursuant to Federal Rules of Civil Procedure, Rule 12(b)(1) and 12(b)(6).

This motion will be made upon grounds that Claimant lacks standing to bring the above adversary proceeding and fails to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure Rule 12(b)(1) and 12(b)(6). Specifically, Respondent Real Time Resolutions, Inc.'s motion is based on the fact that Claimant filed a Chapter 7 Petition for Bankruptcy ("Petition") with this Court, which causes Claimant to lose standing to file suit for pre-petition bankruptcy claims. It is also questionable whether this Court has subject matter jurisdiction given Plaintiff has now received a discharge. Additionally, the Complaint is unintelligible as to the claims of the Claimant and is subject to dismissal pursuant to Federal Rules of Civil Procedure Rule 12(b)(6).

This motion will be based on this notice, a memorandum of points and authorities, and the pleadings and records on file, and such other argument and evidence as may be presented to the Court at the hearing of the motion.

DATED: September 26, 2019

ERICKSEN ARBUTHNOT

_____
NATHANIEL R. LUCEY, Esq.
MINGZI OUYANG, Esq.
Attorneys for Respondent
REAL TIME RESOLUTIONS, INC.

2
NOTICE OF RESPONDENT REAL TIME RESOLUTIONS, INC.'S MOTION TO DISMISS