ALISON V. LIPPA (SBN 160807)
ETHAN SCHATZ (SBN 257919)
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922
Email: alippa@mcguirewoods.com
Email: eschatz@mcguirewoods.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| GARY JAMES SROKA,<br><br>Debtor.<br>_____<br><br>**_Sroka, Gary_, equitable beneficial title owner regarding "NAME":** GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA,<br><br>Claimant,<br><br>v.<br><br>MR. COOPER;<br>REAL TIME RESOLUTIONS, INC;<br>Nationstar Mortgage LLC c/o NBS Default Services, LLC;<br>BANK OF AMERICA, N.A., and WELLS FARGO BANK, NATIONAL ASSOCIATION; SUCCESSOR BY MERGER TO WELLSFARGO BANK MINNESOTA NATIONAL ASSOCIATION; AS TRUSTEE FOR Bank of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates Series 2003-D, et al and does 1 through 100,<br><br>Respondents<br>_____ | Case No. 8:19-bk-11841-TA<br><br>Adversary No. 8:19-ap-01097-TA<br><br>Chapter 7<br><br>[The Hon. Judge Theodor C. Albert]<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S JOINDER IN DEFENDANTS NATIONSTAR MORTGAGE LLC D/B/A/ MR. COOPER, NBS DEFAULT SERVICES, LLC, AND WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA MORTGAGE SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-D'S MOTION TO DISMISS THE FIRST AMENDED ADVERSARY COMPLAINT**<br><br>**Date:   November 7, 2019**<br>**Time:  11:00 a.m.**<br>**Ctrm:  5B** |

1

1   Defendant BANK OF AMERICA, N.A. ("BANA"), by and through its

2   undersigned counsel, hereby joins in Defendants Nationstar Mortgage LLC d/b/a/

3   Mr. Cooper, NBS  Default Services, LLC, and Wells Fargo Bank, N.A. as Trustee

4   For The Certificateholders Of Banc Of America Mortgage Securities, Inc.,

5   Mortgage Pass-Through Certificates, Series 2003-D's ("Nationstar Defendants")

6   Motion to Dismiss the First Amended Adversary Complaint of Plaintiff Gary J.

7   Sroka ("Plaintiff") for all of the reasons stated therein. Plaintiff filed the Adversary

8   Complaint on May 28, 2019 and filed his First Amended Adversary Complaint on

9   September 12, 2019. Although Plaintiff never properly served BANA with the

10  Summons and the original Adversary Complaint, Plaintiff served BANA's counsel

11  with the First Amended Complaint via electronic service through the Court's

12  electronic records system. Nationstar Defendants' Motion to Dismiss the First

13  Amended Adversary Complaint is due to be heard before this Court on November 7,

14  2019 at 11:00 a.m. in Courtroom 5B, located at 411 West 4th Street, Room 1053,

15  Santa Ana, CA 92701-4516.

16   WHEREFORE, BANA respectfully requests it be permitted to adopt the

17  arguments and authorities set forth in the aforementioned motion and memorandum

18  as though its own.

19

20  DATED: September 30, 2019          Respectfully submitted,

21                                     MCGUIREWOODS LLP

22

23

24                                     By:    /s/ Ethan Schatz
                                              Ethan Schatz
25                                            Alison V. Lippa
                                              Attorneys for Attorney for Respondent
26                                            Bank of America, N.A.

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Two Embarcadero Center, Suite 1300, San Francisco, CA 94111**

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANT BANK OF AMERICA, N.A.'S JOINDER IN DEFENDANTS NATIONSTAR MORTGAGE LLC D/B/A/ MR. COOPER, NBS DEFAULT SERVICES, LLC, AND WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA MORTGAGE SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-D'S MOTION TO DISMISS THE FIRST AMENDED ADVERSARY COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 30, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **September 30, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| U.S. Bankruptcy Court Judge<br>Honorable Theodor C. Albert<br>411 West Fourth Street<br>Suite 5085/Courtroom 5B<br>Santa Ana, CA 92701 | Sharon L. Hightower, Esq.<br>Nathaniel R. Lucey, Esq.<br>Ericksen Arbuthnot<br>152 North Third St., Ste. 700<br>San Jose, CA 95112 | Debtor, *Pro Se*<br>**Gary James Sroka**<br>324 Via Promesa<br>San Clemente, CA 92673 |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/30/2019 | Monica Clemens | /s/ *Monica Clemens* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.