| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gary J. Sroka<br>324 Via Promesa<br>San Clemente, CA 92673<br>(949) 285-8665<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | **FILED**<br>OCT 30 2019<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                 Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>GARY JAMES SROKA<br><br>Debtor(s). | CASE NO.:  8:19-bk-11841-TA<br><br>ADVERSARY NO.: 8:19-ap-01097-TA<br><br>CHAPTER: 7 |
|---|---|
| SROKA, GARY<br><br>                      Plaintiff(s)<br>vs.<br><br>MR. COOPER, et al.;<br><br>                      Defendant(s). | ~~UNILATERAL~~ **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:           11/07/2019<br>TIME:           10:00 a.m.<br>COURTROOM:  5B<br>ADDRESS:     411 W. Fourth Street<br>                    Santat Ana CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes  ☐ No

2. Have all parties filed and served answers to the Claims Documents?   ☐ Yes  ☒ No

3. Have all motions addressed to the Claims Documents been resolved?   ☐ Yes  ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1?   ☐ Yes  ☒ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 1                          F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

    1. [Proposed] Second Amended Adversary Complaint has been served on all named Def.s.
    2. Motion(s) to Dismiss Claims of FAC pending hearing 11/07/19;
    3. In the event the Court orders filing and service of the [Proposed] SAC, Plaintiff anticipates further Motions to Dismiss.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

    <u>Plaintiff</u>                                    <u>Defendant</u>
    Pending case being at issue, motions to dismiss, etc.
    According to Court's scheduling and 26(f) Initial Disclosures.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    <u>Plaintiff</u>                                    <u>Defendant</u>

3. When do you expect to complete <u>your</u> discovery efforts?

    <u>Plaintiff</u>                                    <u>Defendant</u>
    April 1, 2020.

4. What additional discovery do you require to prepare for trial?

    <u>Plaintiff</u>                                    <u>Defendant</u>
    All written discv.; Oral Depo(s),  RFA's;  Production Demands; Multiple Subpoena(s);

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

    <u>Plaintiff</u>                                    <u>Defendant</u>
    3-5 Days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

    <u>Plaintiff</u>                                    <u>Defendant</u>
    10-20

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 2                              F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>       <u>Defendant</u>
100-120

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>
Pretrial conference ☒ is ☐ is not requested
Reasons:

<u>Defendant</u>
Pretrial conference ☐ is ☐ is not requested
Reasons:

<u>Plaintiff</u>
Pretrial conference should be set <u>after</u>:
(*date*) 05/01/2020

<u>Defendant</u>
Pretrial conference should be set <u>after</u>:
(*date*) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   None at this time.

2. Has this dispute been formally mediated?    ☐ Yes  ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>
☒ Yes  ☐ No

<u>Defendant</u>
☐ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015        Page 3        F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 10/28/2019

_SROKA, GARY_
Printed name of law firm

By: _[signature]_
Signature

Gary J. Sroka
Printed name

Attorney for: _____

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
324 Via Promesa
San Clemente, CA 92673

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _10/30/2019_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _10/30/2019_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
SwedelsonGottlieb c/o Alyssa Klausner, Esq. abk@sghoalaw.com;  US Trustee (SA) ustpregion16.sa.ecf@usdoj.gov; Richard A Marshack (TR) rmarshack@marshackhays.com; Gary J Sroka gary@sterlingctc.com; Alison Lippa, McGuireWoods alippa@mcguirewoods.com;

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/30/2019 | Lena Markcini | /s/ Lena Markcini |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Richard A Marshack (TR)
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620-3663


Mr. COOPER
c/o McCalla Raymer Leibert
301 E Ocean Blvd Ste 1720
Long Beach, CA 90802-8813


c/o Nathaniel R Lucey, Esq.
ERICKSEN ARBUTHNOT
152 N 3rd St Ste 700
San Jose, CA 95112


NBS DEFAULT SERVICES, LLC
c/o McCalla Raymer Leiber
301 E Ocean Blvd Ste 1720
Long Beach, CA 90802-8813


Nationstar Mortgage LLC/NBS
Default Services, LLC
c/o McCalla Raymer Leibert
301 E Ocean Blvd Ste 1720
Long Beach, CA 90802-8813


WELLS FARGO BANK FSB, NA as
SUCCESSOR BY MERGER TO WFB
c/o McCalla Raymer Leibert
301 E Ocean Blvd Ste 1720
Long Beach, CA 90802-8813


BANK OF AMERICA, N.A.
Alison Valerie Lippa, Esq.
McGuireWoods LLP
2 Embarcadero Ctr, Ste 1300
San Francisco, CA 94111-3821

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


NEF  0973-8 c/o Swedelson Gottlieb
Alyssa B. Klausner, Esq.
11900 W Olympic Blvd., Ste 700
Los Angeles, CA 90064-1045


Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Santa Ana, CA 92701-4500


Santa Ana Division
411 West Fourth Street, Ste 2030
Santa Ana CA 92701


Cox Cable
4929 Edinger Ave
Huntington Beach CA 92649


DMV (p)
P O Box 942897
Sacramento CA 94297-0897


SDG&E
PO Box 25111
Santa Ana Ca 92799-5111


Santa Margarita Water Dist
P O Box 51238
Los Angeles CA 90051-5538


SocalGas
P O Box C
Montery Park CA 91756-5111


United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500


Gary James Sroka
324 Via Promesa
San Clemente, Ca 92673-6820

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:19-bk-11841-TA<br>Central District of California<br>Santa Ana<br>Thu Aug 8 08:26:47 PDT 2019 | Courtesy NEF<br>c/o SwedelsonGottlieb<br>Attn: Alyssa B. Klausner, Esq.<br>11900 W Olympic Blvd., Suite 700<br>Los Angeles, CA 90064-1045 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | BANK OF AMERICA, N.A.<br>Alison Valerie Lippa, Esq.<br>McGuireWoods LLP<br>2 Embarcadero Ctr, Ste 1300<br>San Francisco, CA 94111-3821 |
| Brandon Orthodontics<br>1171 Puerta Del Sol<br>San Clemente CA 92673-6343 | Cox Cable<br>4929 Edinger Ave<br>Huntington Beach CA 92649 | DMV<br>P O Box 942897<br>Sacramento CA 94297-0897 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Santa Ana, CA 92701-4500 | Mr. COOPER<br>c/o Mccalla Raymer Leibert<br>301 E Ocean Blvd Ste 1720<br>Long Beach, CA 90802-8813 | NBS DEFAULT SERVICES, LLC<br>c/o Mccalla Raymer Leiber<br>301 E Ocean Blvd Ste 1720<br>Long Beach, CA 90802-8813 |
| NEF 0973-8 Swedelson- Gottlieb<br>Alyssa B. Klausner, Esq.<br>11900 W Olympic Blvdw ste 700<br>Los Angeles, CA 90064-1151 | Nationstar Mortgage LLC/NBS<br>Default Services, LLC;<br>c/o Mccalla Raymer Leibert<br>301 E Ocean Blvd Ste 1720<br>Long Beach, CA 90802-8813 | REAL TIME RESOLUTIONS, INC<br>c/o Nathaniel R Lucey, Esq.<br>ERICKSEN ARBUTHNOT<br>152 N 3rd St Ste 700<br>San Jose, CA 95112-7700 |
| (p)SDG&E<br>PO BOX 25111<br>SANTA ANA CA 92799-5111 | Santa Ana Division<br>411 West Fourth Streetr Ste 2030<br>Santa Ana CA 92701 | Santa Margarita Water District<br>P O Box 51238<br>Los Angeles CA 90051-5538 |
| SocalGas<br>P O Box C<br>Montery Park CA 91756-5111 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | WELLS FARGO BANK FSB, NA as<br>SUCCESSOR BY MERGER TO WFB<br>c/o Mccalla Raymer Leibert<br>301 E Ocean Blvd Ste 1720<br>Long Beach, CA 90802-8813 |
| Gary James Sroka<br>324 Via Promesa<br>San Clemente, Ca 92673-6820 | Richard A Marshack (TR)<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620-3663 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

San Diego Gas and Electric
P O B0x 25111
Santa Ana Ca 92799-5111