**FILED**

JAN - 3 2020

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>GARY JAMES SROKA,<br><br>Debtor(s) | BAP/USDC NO.: 8:19-cv-02496-JFW<br>CASE NO.: 8:19-bk-11841-TA<br>ADVERSARY NO.: 8:19-ap-01097-TA<br>APPEAL DOCKET ENTRY NO.: 66 |
|---|---|
| Gary James Sroka, dba Gary J. Sroka dba Gary Sroka,<br><br>Plaintiff(s)<br>vs.<br>Mr. Cooper; Real Time Resolutions, Inc.; Nationstar Mortgage LLC c/o NBS Default Services, LLC; Bank of America, N.A., and Wells Fargo Bank, National Association; et al.;<br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
- [ ] Bankruptcy Appellate Panel of the Ninth Circuit
- [x] U.S. District Court
- [ ] U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:

Gary J. Sroka - Pro Se
324 Via Promesa
San Clemente, CA 92673

Attorney of Record for Appellee:

Dane W. Exnowski - McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- [x] All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- [ ] No transcripts were requested by either the Appellant or Appellee.
- [ ] Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 01/03/2020    By: Nickie Bolte _Nickie Bolte_
Deputy Clerk

# CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

    ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the U.S. Trustee

    ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    ☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other Parties Served by NEF:
    Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com
    Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
    Ethan Schatz    eschatz@mcguirewoods.com, alippa@mcguirewoods.com;mclemens@mcguirewoods.com;
    BRufael@mcguirewoods.com;GMadeira@mcguirewoods.com;USDocket@mcguirewoods.com;
    JTabisaura@mcguirewoods.com
    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

    Gary Sroka
    dba Gary J. Sroka; dba Gary Sroka
    324 Via Promesa
    San Clemente, CA  92673

    Sharon L. Hightower
    Ericksen Arbuthnot
    152 North Third Street, Suite 700
    San Jose, CA  95112

    Nathaniel R. Lucey
    Ericksen Arbuthnot
    152 N. Third Street, Suite 700
    San Jose, CA  95112